UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.C. CUNNINGHAM,<br><br>               Plaintiff,<br><br>    v.<br><br>LOPEZ,<br><br>              Defendant. | No. 1:25-cv-01453-KES-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DIRECTING PLAINTIFF TO PAY THE FILING FEE WITHIN THIRTY DAYS<br><br>Docs. 2, 8 |

Plaintiff is proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 302.

On October 31, 2025, plaintiff filed a motion to proceed in forma pauperis. On November 5, 2025, the assigned magistrate judge issued findings and recommendations, recommending that plaintiff's motion to proceed in forma pauperis be denied because he has sufficient funds in the trust account statement to pay the $405.00 filing fee for this action. Doc. 8. The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. *Id.* at 3. No objections have been filed and the time to do so has passed.

1  In accordance with 28 U.S.C. § 636(b)(1), this Court has reviewed this matter de novo.
Having carefully reviewed the matter, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on November 5, 2025, Doc. 8, are adopted in full;
2. Plaintiff's motion to proceed in forma pauperis, Doc. 2, is denied; and
3. Within thirty (30) days following the date of service of this order, plaintiff shall pay the filing fee ($405.00) in full to proceed with this action. If plaintiff fails to pay the filing fee within the specified time, this action will be dismissed without further notice.

IT IS SO ORDERED.

Dated:  December 4, 2025

UNITED STATES DISTRICT JUDGE

2